E-FILED
Wednesday, 08 May, 2013  06:22:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: _____ |
| ) | |
| ) | |
| ONE HUNDRED SEVEN THOUSAND ) | |
| FIVE HUNDRED TWENTY AND ) | |
| ($107,520.00) IN U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

**VERIFIED COMPLAINT FOR FORFEITURE**

NOW COMES the plaintiff, the United States of America, by and through its attorneys, James A. Lewis, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, and respectfully states as follows:

1. This is a civil action <u>in rem</u> brought to enforce the provisions of 21 U.S.C. § 881(a)(6) for the forfeiture of $107,520.00 in U.S. Currency, because it is property which constitute proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This action is brought in the Central District of Illinois, Rock Island Division, as the events which are the subject of this matter occurred in Henry County,

Illinois, and will remain within the jurisdiction of this Court throughout the pendency of this action.

4.     On October 25, 2012, a trooper with the Illinois State Police conducted a traffic stop on a black Toyota Tundra traveling westbound on Interstate 80 for speeding. The driver of the vehicle was identified as Adam Perry and the passenger was identified as Jennifer Perry.  Law enforcement requested that Adam Perry accompany him to the squad car where he ran a computer check on Adam Perry and Jennifer Perry and requested that a canine be brought to the scene.

5.     In the squad car, Adam Perry told law enforcement that they were traveling to Salt Lake City, Utah to see a hearing specialist because he had an ear infection and was losing his hearing.  Adam Perry stated that his appointment was the following Monday but could not remember the doctor's full name.

6.     When law enforcement asked Adam Perry whether or not a drug detecting canine would make an alert on his vehicle for the presence of illegal drugs or large amounts of narcotics or currency, Adam Perry stated that it would not.  When questioned further about any large amounts of currency inside the vehicle, Adam Perry stated that it was "just his money," and he was only carrying what belonged to him. Law enforcement then asked him if he was carrying more than $15,000, and Adam Perry responded that he would not answer any more questions. The canine was utilized to conduct a free air sniff on the outside of the vehicle and made a positive indication on the rear passenger door of the vehicle.

7.     Law enforcement questioned Jennifer Perry about their travel plans.

Jennifer Perry reported the same story as Adam Perry, that they were traveling to Salt Lake City, Utah to see a specialist.   Law enforcement asked Jennifer Perry whether or not a canine would alert on the vehicle, and she stated "No, we just bought it used." When questioned about large sums of currency in the vehicle, Jennifer Perry shook her head "no."  When law enforcement asked if she was sure about that, Jennifer Perry said there was money in Adam Perry's suitcase but did not know how much currency was in there.

8. Law enforcement conducted a search on the inside of Perrys' vehicle where they discovered a suitcase inside the rear passenger door containing  numerous Ziplock baggies of U.S. Currency hidden underneath clothing in the lining of the suitcase, which totaled $102,000.  Upon a further search of the vehicle, law enforcement discovered two black duffel bags, two vacuum sealers, two one-gallon plastic ice cream tubs and an electronic scale in the bed of the truck.  Officers noted that one duffel bag and its contents smelled strongly of raw cannabis and the other was filled with large vacuum sealer bags, permanent markers, masking tape and desiccant packets.  Law enforcement also discovered a large amount of U.S. Currency in Jennifer Perry's wallet, which Jennifer Perry said amounted to approximately $3,000.  A count of the U.S. Currency in Jennifer Perry's wallet totaled $5,520.

9. Adam and Jennifer Perry were mirandized and taken to Illinois State Police District 7 headquarters where law enforcement continued a further search of the vehicle.   Officers located a black collapsible baton in the center console under the armrest.  Officers also located a removable plastic panel in the center console (next to

the gear shifter) which contained a loaded Smith and Wesson Bodyguard .380 caliber pistol with at least six rounds of Hornady jacketed hollow point ammunition inside and also included a live round in the chamber.  When Adam Perry saw the loaded Smith and Wesson pistol that law enforcement removed from the vehicle, he (Adam Perry) said "What is that?"  After law enforcement told him it was a loaded weapon, Adam Perry accused law enforcement of "planting" the pistol in his vehicle.

10. The defendant property remains and is now in the custody of the United States.

WHEREFORE, the United States of America prays that this Court forfeit the defendant property, to the United States of America for disposition according to law, for the issuance of a Warrant in Rem, for costs of suit and for such other and further relief as the Court may deem necessary.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:   /s/ Gregory M. Gilmore
Assistant United States Attorney
IL Reg. No. 6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

Executed on this 6th day of May, 2013.

                                s/Russ Coulter

                                Russ Coulter, Special Agent
                                Drug Enforcement Administration