IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No: 13-4044 |
| ONE HUNDRED SEVEN THOUSAND FIVE HUNDRED TWENTY AND ($107,520.00.00) IN U.S. CURRENCY, | ) ) ) ) ) ) |
| Defendant. | ) |

**MOTION TO STRIKE JOINT CLAIM AND ANSWER FILED BY**
**ADAM PERRY AND JENNIFER PERRY**

NOW COMES the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, and for its Motion to Strike states as follows:

1.  The United States filed a verified Complaint on May 8, 2013 seeking forfeiture against the defendant currency.

2.  The Complaint and Summons were served upon Adam Perry and Jennifer Perry by certified mail on May 13, 2013.

3.  A Warrant in Rem was served upon the defendant on August 27, 2013.

4.  On June 11, 2013, Adam Perry and Jennifer Perry filed a joint Claim and Answer in this proceeding. (d/e 4)

5.  On June 25, 2013, the United States sent Special Interrogatories to Claimants, pursuant to Rule G(6)(a) and (6)(b) of the Supplemental Rules for Admiralty

1

or Maritime and Asset Forfeiture Claims (Rule G).  Answers were due within 20 days of receipt.

6. By letters dated July 25, 2013 and August 12, 2013, the United States inquired about the overdue answers to Special Interrogatories.  To date, the undersigned has never received those answers nor has he heard anything further from Claimants.

## Argument

Rule G(6) provides that, "[t]he government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property without the court's leave at any time after the claim is filed and before discovery is closed." Rule G(6) is designed to enable the government to "gather information that bears on the claimant's standing."  Adv. Comm. Note to Supp. R. G(6).  Standing can be challenged in various ways.  Under Rule G(5), a claimant must set forth his interest in the property in his claim, and failure to do so defeats standing to contest the forfeiture.  Further, standing is defeated if a claimant fails to establish a sufficient connection to the property.  See Section 10-4 *Asset Forfeiture Law in the United States*, discussing the procedure for challenging standing.  Should claimant fail to provide answers to special interrogatories, Rule G(8)(c) provides that the government can pursue a motion to strike claim or answer for failing to comply with Rule G(6) or because the claimant lacks standing. *U.S. v. $2,409.00 in U.S. Currency*, 2010 WL 2670982 (D.Md. June 24, 2010), *citing U.S. v. $27,970.00 in U.S. Currency*, 2010 WL 933762 (S.D.Ga. March 16, 2010); *U.S. v. $57,995.00 in U.S. Currency*, 2010 WL 5137155 (D.S.C. December 13, 2010).

## Conclusion

In this forfeiture proceeding, Claimants have failed to respond to the Special Interrogatories propounded upon them which asked questions concerning the identity of the claimant, the extent of the claim, how the claimant earned or came into possession of the defendant, which directly relate to issue of standing. The information that the United States requested Claimants to produce or answer is under their control and germane to their claim that they have an ownership interest in the property. Their failure to produce the information blocks the ability of the United States to litigate the merits of their claim. A lesser sanction than dismissal would not be appropriate here, where claimants have refused to make any effort whatsoever to comply with the Special Interrogatories served on them and, therefore, the government respectfully requests that the Court strike the Joint Claim and Answer (d/e 4) filed by Adam Perry and Jennifer Perry, pursuant to Rule G(8)(c).

WHEREFORE, the United States prays that the Court strike the Joint Claim and Answer of Adam Perry and Jennifer Perry.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:  /s/ Gregory M. Gilmore
Assistant United States Attorney
IL Reg. No. 6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2013, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Adam Perry
Jennifer Perry
48 Water Street
Ashburnham, MA  01430

    /s/ Gregory M. Gilmore
    Assistant United States Attorney
    IL Reg. No. 6217499
    318 South 6th Street
    Springfield, Illinois 62701
    (217) 492-4450
    Fax: (217) 492-4044
    E-mail: greg.gilmore@usdoj.gov