United States of America,
vs
107,520.00 U.S. Currency,
Adam and Jennifer Perry

No, 13-4044

  This is a letter responding to the letter received November 2015. I have already responded reminding the states attorney that I do not have to and will not answer any of his questions. There is no reason for me to defend myself, especially without legal counsel, which I requested and was denied. Then I was detained and questioned anyway. You took my money, my truck, and my personal things. I have stated I want them back. I know now that no request I make matters and you will bend and even break or make up any rules to do get whatever you want. I know this because I told you you could not search my truck and you did anyway. I told you I wanted an attorney present for questioning and you tied me up and held me for 9 hours in some dark, cold, wet room questioned me anyway, then divided all my things up it talked about who was going to get to keep what and then threw me out in the rain over 1000 miles from home with no money or way of getting home. I couldn't even contact anyone who could help. You searched my phone without warrant, even though the supreme court has ruled that you need one. You have denied all request to return anything at all, even temporary. I sent 2 written request based on hardship to have money returned so I could survive until a decision was made and it was denied both times. Being partially disabled and having a wife who is fully disabled I requested to have my one and only vehicle returned so I would not lose my job and be able to get to the hospital for doctors appointments or even just get to the grocery store, this request was denied. I even begged and said please just give me my truck back and you can keep the money and ill walk away from it. Still denied. You don't understand the emotional, physical and financial terrorism you have caused. I ended up losing my job and my house, I had to live through a new England winter with no heat because I had no money, but I sure just like your response to everything so far, you just wont care. I do not have to prove my innocents, this is not Nazi Germany where you can treat people like this. You should be treating me innocent until proven guilty and not denying my right to counsel.

  The only additional information I will give you that you should have been able to look up on your own is some income. Just months before you robbed me I received a settlement from a permanent disability I received at work. State of California, San Diego, Case No. SDO 0354449 ADJ 2522190. I received a permanent disability settlement for 79,392.50 USD and temporary disability payments of 48,328.59 USD this is all non-taxable income. I also work for a company a year prior to you robbing me, The company was San Diego Windows and Doors. I worked there for a year full time for over around 20 dollars an hour, and paid taxes all year. At the end of the year no taxes were paid to the IRS from SDWD the owner of SDWD stole all his employees taxes, and there was a legal case filed against MR Alan Holsapple, I do not have the case number, you can look it up. I also received a long term disability settlement from a secondary insurance policy I had though UNUM insurance, It was for something like 20,000.00 I dont have the exact figure with me, so if you care again, you can look it up This was also non-taxable income. In march 2012 just a few months before you robbed me I recived an insurance payout on a total loss from a collision, it was from california casualty insurance and for 7148.62. Just a few months before that I sold everything I owned and moved across the country just some of that was a Toyota Tundra for 19,000.00 USD, 2 Yamaha Raptors for 12,000.00 USD, a Chevrolet Malibu for 6,800.00 USD, a Audi A4 for 6,500.00 USD, A Honda Odyssey for 4,000.00 USD, a cargo trailer for 1,300.00 USD. This was just what you could have looked up and found though DMV records. All non-taxable income. There is also disability payments from the state of California

and unemployment payments from SSI as well as additional employment income and personal savings. You can look up the totals I'm sure its a lot more money. I know there is more but this is just what I could think of off the top of my head.

You also took things that were not replaceable like my wife's wedding rings I got for her when we were teenagers. Just like all previous request for my things to be returned I'm sure that even asking is a waste of time, but I wasted time writing this letter so I might as well ask, again, please release my things back to me. At the very least my wife's rings and our personal possessions. I really, really need my vehicle back so please give it back even if its while you conduct additional investigations and make a determination on this terrible event. Without legal counsel I have nothing further to say.

This information is true and correct to the best of my knowledge.
Thank you,

Adam Perry
48 Water st.
Ashburnham, Ma 01430

Adam Pery
48 Water St.
Ashburnham, MA 01430

Office of the Clerk
US District Court
211 19th St.
Rock Island, IL 61201

BOSTON MA 021
27 NOV 2015 PM 9 L

RECEIVED
DEC 02 2015
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

